James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, CLUB ONE CASINO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and Does 1 through 25, inclusive.<br><br>　　　　Defendants. | Case Number 1:14-CV-00444-LJO-SAB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

THE PARTIES IN THE ABOVE-ENTITLED ACTION, Plaintiff CLUB ONE CASINO and Defendant FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby stipulate and agree:

WHEREAS on or about February 25, 2014, Plaintiff filed the above-entitled action for breach of contract and tortious breach of the implied covenant of good faith and fair dealing;

WHEREAS the action was removed to the United States District Court, Eastern District of California on or about March 26, 2014;

WHEREAS a settlement agreement was entered between the above-named parties to this action which includes an agreement by Plaintiff to stipulate to a dismissal of the action; and

///

///

WHEREAS based on the terms of the settlement agreement, the above-named parties stipulate and agree that the above-entitled action and the Complaint filed against FIDELITY AND DEPOSIT COMPANY OF MARYLAND, be dismissed with prejudice.

Dated: June 4, 2014                             WILKINS, DROLSHAGEN & CZESHINSKI LLP


By   */s/ James H.   Wilkins*
   James H.   Wilkins
   Attorneys for Plaintiff CLUB ONE CASINO, INC.

Dated: June 4, 2014                             BISHOP BARRY DRATH


By   */s/ Jonathan Gross*
   Jonathan Gross
   Attorney for Defendant, FIDELITY AND DEPOSIT COMPANY OF MARYLAND


**ORDER**

Pursuant to the Stipulation between the parties, it is hereby ordered that the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **June 6, 2014**                             **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE